# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00189-CR

**Robert Randall Braden, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT OF MCCULLOCH COUNTY
### NO. 9437, HONORABLE RANDY YOUNG, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Robert Randall Braden appeared in the county court with counsel and withdrew his notice of appeal. The appeal is dismissed.

_____

Bea Ann Smith, Justice

Before Justices B. A. Smith, Puryear and Pemberton

Dismissed

Filed: May 23, 2005

Do Not Publish